## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JOHANNA RAMLOCHAN,

    Plaintiff,

v.                                                                CASE NO.: 0:21cv61464

MEDICREDIT, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the County Court of the Seventeenth Judicial Circuit, in and for Broward County for the State of Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and in support of this Notice, states as follows:

    1.    On June 23, 2021, Plaintiff Johanna Ramlochan ("Ramlochan") filed a Complaint against Defendant (the "Complaint") in the County Court of the Seventeenth Judicial Circuit, in and for Broward County for the State of Florida, Case No. COCE – 21-035905 (the "State Court Action"). The Complaint contains claims alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

1692, *et seq*. (the "FDCPA") and the Florida Consumer Collection Practices Act, § 559.55, *et seq*. (the "FCCPA").

2. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action.  See **Exhibit A,** attached hereto.

3. Ramlochan served Medicredit with the summons in the State Court Action on July 1, 2021.  Accordingly, Defendant timely file this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1).  See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint). The records of the State Court Action do not reflect that any other defendant has been served at this time.

4. The United States District Court for the Southern District of Florida has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claims alleging a violation of the FDCPA implicate this Court's federal question jurisdiction.

5. Removal to the United States District Court for the Southern District of Florida is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States

have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

6. Venue is proper in the Fort Lauderdale Division of this Court because this action is being removed from the Seventeenth Judicial Circuit, in and for Broward County, Florida.

7. In light of the foregoing, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

8. Defendant has filed a Notice of Filing Notice of Removal with the State Court and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all adverse parties in the State Court Action.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred from County Court in and for Broward County, State of Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted,

/s/ Drew P. O'Malley
Drew P. O'Malley, Florida Bar No. 106551
SPENCER FANE LLP
201 North Franklin Street, Suite 2150
Tampa, FL  33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
rhardy@spencerfane.com
ecoutu@spencerfane.com
*Counsel for Medicredit, Inc.*

SL 5051923.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2021, I electronically filed the foregoing through the Court's CM/ECF system and sent a copy via U.S. First Class mail postage pre-paid to:

JIBRAEL S. HINDI, ESQUIRE
THOMAS J. PATTI, ESQUIRE
The Law Offices of Jibrael S. Hindi
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
Telephone: (954) 907-1136
Fax: (855) 529-9540
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff*

/s/ Drew P. O'Malley